UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DERO ROOFING, LLC,

     Plaintiff,

v.                                  Case No.:  2:21-cv-688-SPC-KCD

TRITON, INC.,

     Defendant.
_____/

## <u>ORDER</u>

This matter was before the Court for oral argument on several discovery motions. (Doc. 112.) For the reasons stated on the record, the Court now **ORDERS**:

1.    Plaintiff's Motion to Compel (Doc. 104) is **GRANTED IN PART AND DENIED IN PART**. Withing 14-days of this order, Defendant must provide updated responses to Document Requests 3 and 7 under the parameters outlined on the record.

2.    Plaintiff's Motion to Compel (Doc. 105) is **GRANTED IN PART AND DENIED IN PART**. Withing 14-days of this order, Defendant must provide updated responses to Interrogatories 1, 4, 6, 7, 8, 9, 11, 14, and 15 under the parameters outlined on the record.

3.    Plaintiff's motions are denied in all other respects.

**ENTERED** in Fort Myers, Florida on July 11, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record